Print Form

MINUTES OF PROCEEDINGS

HONORABLE Dan Aaron Polster

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

United States of America
vs.
Terrence Joseph McNeil

Date: 1/10/2017
Case No.: 5:15cr446
Court Reporter: Sarah Nageotte
ECRO:
INTERPRETER:

Counsel for Plaintiff: C. Georgalis/M. Baeppler

Counsel for Defendant: Nathan Ray

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [ ] Jury Trial
- [ ] Bench Trial
- [x] Other: Suppression Hearing

| | | |
|---|---|---|
| [ ] Voir Dire begun and concluded | [ ] Voir Dire begun and continued | |
| [ ] Plaintiff(s) opening statements | [ ] Defendant(s) opening statements | |
| [ ] Evidence began; continued | [ ] Evidence continued | [ ] Evidence concluded |
| [ ] Plaintiffs case begun | [ ] Plaintiffs case continued; not concluded | [ ] Concluded |
| [ ] Defendants case begun | [ ] Defendants case continued ;not concluded | [ ] Concluded |
| [x] Testimony taken (see witness list) | | |
| [ ] Plaintiff(s) rebuttal | [ ] Defendant(s) sur-rebuttal | |
| [ ] Plaintiff(s) final argument | [ ] Defendant(s) final argument | |
| [ ] Charge to the jury | | |
| [ ] Jury Deliberations begun | [ ] Continued; not concluded | [ ] Continued and Concluded |
| [ ] Verdict | | |
| [ ] Exhibits Located:_____ | [x] Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:

Comments: Government witnesses: Peter Mauro (FBI), David Deitsch (FBI).
For the reasons stated on the record, the Court denies the Defendant's Motion to Suppress.

s/ Katherine King

Courtroom Deputy Clerk

Time: 1 hr 45 mins