**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.  5:15cr446** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE DAN AARON POLSTER** |
| **v.** | ) | |
| | ) | |
| **TERRENCE JOSEPH MCNEIL,** | ) | |
| | ) | |
| | ) | |
| | ) | **CRIMINAL JURY TRIAL ORDER** |
| **Defendant.** | ) | |

   A **Pretrial Conference** is scheduled for **February 23, 2017 at 1:00 p.m.**, in the courtroom of Judge Polster, **Courtroom 18B** of the United States District Courthouse, **801 W. Superior Ave., Cleveland, Ohio**.  Lead counsel of record must be present and prepared with full authority to discuss all aspects of the case, including any pending motions and trial schedule.  The Defendant must be present.  **A PLEA PURSUANT TO A WRITTEN PLEA AGREEMENT MUST BE TAKEN BY THIS DATE.**

   A **Final Pretrial** is scheduled for **April 18, 2017 at 1:30 p.m.,** in the courtroom of Judge Dan A. Polster, **Courtroom 18B** of the United States District Courthouse, **801 W. Superior Ave, Cleveland**, Ohio .  Lead counsel of record must be present and prepared with full authority to discuss all aspects of the case, including any pending motions, jury instructions, witness and exhibit lists. The defendant also must  be present.

   This case is scheduled for a **Jury Trial May 10, 2017 at 1:00 p.m.,** in the courtroom of the Honorable Dan A. Polster, **Courtroom 18B** of the United States District Courthouse, **801 W. Superior Ave, Cleveland**, Ohio.

**The following instructions will govern the operation of the trial and the obligations of parties and their counsel:**

    **1.**    **TRIAL DAYS**

Trials will begin at 9:00 a.m. and continue until 5:30 p.m., unless circumstances dictate otherwise.  A one (1) hour lunch break and two (2) fifteen minute breaks will be provided for. Counsel must notify the Court's staff of issues to be addressed by the Court outside the presence of the jury so that trial may proceed with as few interruptions as possible.   Accordingly, counsel should expect to be present in the courtroom from 8:30 a.m. until 5:30 p.m. in order to address matters outside the presence of the jury.

All <u>parties</u> are to be present in the courtroom at all times when the jury is seated.

    **2.**    **STIPULATIONS OF FACT AND PRELIMINARY STATEMENTS**

Counsel for the parties shall confer with one another in order to prepare <u>written stipulations as to all uncontested facts</u> to be presented at trial to the jury or to the Court, as the case may be. Stipulations of fact are strongly encouraged in order to eliminate the need for testimony of witnesses to facts which are not in dispute.  Said stipulations shall be signed by both counsel <u>as well as the defendant</u>, filed with the Court and emailed to the Court's chambers no later **than 12:00 PM, Monday, March 27, 2017** .

Counsel shall also prepare and submit a <u>Joint Preliminary Statement</u> (not to exceed 2 pages) describing the case in an impartial, easily understood and concise manner for use by the Court either during voir dire or at the time the jury is impaneled.  This statement will be used to set the context of the trial for the jury and must be emailed to chambers **12:00 PM, Monday, March 27, 2017** .

    **3.**    **MOTIONS, TRIAL BRIEFS, EXHIBIT LISTS, WITNESS LISTS**

**Motions other than Motions *in Limine*** shall be filed within <u>thirty (30) days following the date of arraignment</u>.  **Trial briefs,  exhibit lists** and any **Motions *in Limine***, shall be filed, <u>exchanged by hand delivery, email or fax</u>, and <u>emailed to chambers</u> **no later than 12:00 PM, Monday, March 27, 2017** .  A complete trial brief includes: (a) a statement of the facts; (b) a complete discussion of the controlling law together with specific citations of statutes and case law;

and (c) a discussion of any evidentiary issues likely to arise at trial.  **Witness lists** shall be emailed to chambers (do not file or exchange) **no later than 12:00 PM, Monday, March 27, 2017.**  The witness lists shall provide a brief description and the purpose of each witness, and shall list and briefly describe each item of documentary or physical evidence which is to be offered.

Each attorney shall have a continuing obligation to supplement the party's exhibit and witness lists immediately upon learning of any additional witness.  Exhibits not identified and exchanged prior to trial shall not be introduced at trial, absent a showing of good cause.  This rule applies to lay witnesses as well as to expert witnesses.

### 4.  OBJECTIONS

 Any objections to a proposed exhibit shall be filed, served, and emailed to chambers **no later than 12:00 p.m. noon one (1) business day before the final pretrial conference**.  Such objections shall include a brief statement as to why the proposed witness exhibit should not be permitted or admitted, as well as, specific citations to pertinent case law or other legal authority.

### 5.  MARKING OF EXHIBITS

**Exhibits shall be marked before trial with exhibit stickers and shall be listed on the attached exhibit chart.**  Exhibit stickers are available from the clerk's office upon request.  Plaintiff shall mark exhibits with numbers beginning with 1, and the defendant shall mark exhibits with numbers beginning with 1001.  (*e.g.*, "Pl. Ex. 1" and "Deft. Ex. 1001")   All exhibits must indicate the case number on the bottom portion of the exhibit sticker.

If there are multiple parties, the party's last name should precede the numbers or letters (*e.g.*, "Pl. Smith-1" or "Deft. Jones-1001").   Joint exhibits are strongly encouraged and shall be marked "Joint Ex. 1," "Joint Ex. 2," etc.

Whenever a multi-page exhibit is used, each page of the exhibit must be separately numbered.  For example, if Plaintiff's Exhibit 1 is a three-page document, the first page should be marked as Pl. Ex. 1-1, the second page marked as 1-2, and the third page marked as 1-3.

Where more than ten (10) exhibits are offered by a party, it is required that counsel place all exhibit sets in a three-ring loose-leaf binder/notebook with appropriately marked divider tabs and a table of contents.  **Two** (2) copies of all exhibits and the exhibit chart shall be furnished to the

Court on the morning of trial.

Exhibits themselves will not be filed with the Clerk of Court.

### 6.    VOIR DIRE

The Court will conduct initial *voir dire* of the panel and of individual panel members.  The Court will thereafter allow one counsel for each party to question the panel briefly on issues not addressed by the Court.

Proposed questions for the Court's *voir dire* must be filed, served and emailed to chambers **no later than 12:00 PM, Monday, March 27, 2017** .

### 7.    JURY INSTRUCTIONS

Counsel are required to provide jury instructions to the Court only on the law applicable to the particular charges for which the defendant is on trial.  The Court will provide general boilerplate instructions on issues such as credibility, burden of proof, etc.

Counsel shall exchange proposed jury instructions **no later than ten (10) calendar days prior to the final pretrial date**.  Counsel shall then confer regarding their respective proposals in an effort to reach an agreement regarding as many jury instructions and interrogatories as possible.

**A single joint submission of jury instructions shall be filed and hand-delivered or emailed to chambers no later than 12:00 PM, Monday, March 27, 2017** providing:  (1)  agreed upon instructions;  (2)  instructions proposed by plaintiff, but opposed by defendants;  and  (3) instructions proposed by defendants, but opposed by plaintiffs.  All proposed instructions shall be supported by citations to legal authority.

Such single joint submission of jury instructions and interrogatories to the Court **shall be made in writing AS WELL AS produced on a CD**.  The CD should be formatted for an IBM compatible computer.   The Court is equipped with WordPerfect X3.  When submitting the CD to the Court, to avoid accidental erasure, counsel are advised to alert the security guards when entering the building.  **The CD may be brought and submitted to the Court at the final pretrial conference.**

**8.     JENCKS AND RECIPROCAL JENCKS MATERIAL**

Unless there is a well-founded concern for the safety of the witness, the parties are strongly encouraged to provide Jencks and reciprocal Jencks material no later than the close of proceedings the day <u>before</u> the witness is expected to testify

**9.     SPECIAL INSTRUCTIONS TO COUNSEL**

Any and all motions, responses, stipulations, objections, pleadings or memoranda filed or required within <u>two (2) business days</u> of any plea, conference, hearing, final pretrial, or trial, <u>shall be emailed to chambers as well as to opposing counsel on the same day it is filed</u>.  If and when a **plea or change of plea** is scheduled, the plea agreement shall be <u>emailed or faxed to the Court not later than one day prior to the plea</u>.

**10.     CONDUCT OF COUNSEL**

Pursuant to the Statement on Professionalism issued by the Supreme Court of Ohio on February 3, 1997, counsel are directed to be courteous and civil in all oral and written communications with each other and the Court.  Pleadings or any other communications which do not conform to this standard will be rejected.

**IT IS SO ORDERED.**

 */s/Dan Aaron Polster 1/12/2017*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

## TIME LINE OF OBLIGATIONS
## UNDER THIS TRIAL ORDER

**Ten (10) calendar days before Final Pretrial Conference**

    1)    Counsel to exchange their proposed jury instructions with each other in order to then confer and arrive at <u>agreed-upon</u> instructions.

**By no later than 12:00 PM, Monday, March 27, 2017.**

    1)    File and hand deliver or email to chambers a **single, joint, submission of proposed jury instructions** indicating (1) **agreed upon instructions**; (2) instructions proposed by plaintiff, but opposed by defendants; and (3) instructions proposed by defendants, but opposed by plaintiffs. (CD with the proposed jury instructions may be brought and submitted to the Court at the final pretrial.)

    2)    Email to chambers a <u>Joint Preliminary Statement</u> (not more than 2 pages) describing the case in an impartial, easily understood and concise manner for use by the Court to be read to the jury.

    3)    File and email to chambers <u>Stipulations of Fact</u>, signed by counsel <u>and the defendant</u>.

    4)    File, exchange and email to chambers <u>trial briefs</u>, <u>exhibit lists</u>, <u>proposed voir dire questions</u>, and <u>Motions *in Limine*</u>.

    5)    Email to chambers <u>witness lists</u>.

**One (1) business day before Final Pretrial Conference (no later than 12 noon)**

    1)    File, exchange and email to chambers any objections to exhibits.

**Final Pretrial Conference**

    1)    **Bring the CD** consisting of the agreed upon jury instructions and interrogatories to the final pretrial conference.

**Morning of Trial**

    1)    Submit to the Court two (2) copies of trial exhibits organized in a three-ring looseleaf binder,  and two (2) copies of the exhibit chart.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|                  |     |                         |
|------------------|-----|-------------------------|
|                  | )   | Case No.                |
|                  | )   |                         |
| Plaintiff,       | )   | JUDGE DAN AARON POLSTER |
|                  | )   |                         |
| v.               | )   |                         |
|                  | )   |                         |
|                  | )   |                         |
|                  | )   |                         |
| Defendant.       | )   |                         |

PLAINTIFF/DEFENDANT EXHIBITS

| EXHIBIT NO. | DESCRIPTION | I.D. | OFFERED | OBJ | ADMITTED | NOT ADMITTED |
|-------------|-------------|------|---------|-----|----------|--------------|
|             |             |      |         |     |          |              |
|             |             |      |         |     |          |              |
|             |             |      |         |     |          |              |
|             |             |      |         |     |          |              |
|             |             |      |         |     |          |              |
|             |             |      |         |     |          |              |
|             |             |      |         |     |          |              |
|             |             |      |         |     |          |              |
|             |             |      |         |     |          |              |

| EXHIBIT NO. | DESCRIPTION | I.D. | OFFERED | OBJ. | ADMITTED | NOT ADMITTED |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |