IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA          *          CASE NO. 5:15CR446

      Plaintiff          *

-vs-          *          JUDGE DAN A. POLSTER

TERRENCE McNEIL          *

      Defendant          *          ADDENDUM A TO PROTECTIVE
                         *     *     *          ORDER

      Pursuant to an unopposed Motion For Protective Order (Doc. #10) the Court issued a Protective

Order (Doc. #11) applicable to the disclosure of discovery materials to Defendant by the Government.

The parties have elected to modify the terms of that protective order and agree to permit counsel for

Defendant to provide to the North East Ohio Corrections Center (NEOCC) the discovery materials

which have been provided to him by the government on external hard drives, thumb drives and CD's

so that Defendant can review them at NEOCC.  Because of the sensitive nature of the discovery

materials NEOCC will take measures to ensure that the discovery is not disseminated or removed from

the viewing area in any way.  Specifically, Defendant will be placed into a secure area under the

supervision of NEOCC staff to view the discovery.  No one other than Defendant will view the

materials. Nothing will be printed, copied or reproduced in any way from the discovery.  The

Defendant will receive only one form of electronic discovery at a time and Defendant will be searched

prior to and at the conclusion of reviewing the discovery to ensure that nothing is taken into or from

the viewing area.  NEOCC will also inspect and search the computer that Defendant used on each

occasion to ensure that no copying or reproduction has taken place.

IT IS SO ORDERED.

_____          _____
      3/30/2017                s/ Dan Aaron Polster
DATE          JUDGE DAN A. POLSTER
                               UNITED STATES DISTRICT JUDGE