IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:15-CR-446 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A. POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| TERRENCE JOSEPH McNEIL, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S EXHIBIT LIST**

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| | **TUMBLR SOCIAL MEDIA PRODUCTION** | | | | | |
| 101 | 1090544404724 - photo of blown up U.S. Humvee | | | | | |
| 102 | 109925136694 - photo of U.S. flag upside down with "Terror State" written across it | | | | | |
| 103 | 110000250659 - photos of Jordanian pilot burning in a cage with notation by Defendant:  "This is what happens when you bomb women and children and get caught.  Alhumdullilah I was worried for a while they might let that murderer go." | | | | | |
| 104 | 111977293364 - Everyday I pray for MARTYRDOM (with gun) | | | | | |
| 105 | 114322893114  Anonymous:  Have you stopped defending ISIS? As long as IS continue to defend my brothers and sisters no | | | | | |
| 106 | 114323874259 - Anonymous:  So….what made you become pro IS?  First I support all the Mujahideen…. | | | | | |
| 107 | 114468662099.gif - gif of execution by IS of 4 men | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 108 | 114766574299 - Anonymous:  What country are you from?  The country with the biggest terrorist organization in the world. | | | | | |
| 109 | 114818798474 - photos of IS soldiers with title written by Defendant:  "The Graduation of New Batch of Khilafah Soldiers" | | | | | |
| 110 | 114893099524 - Anonymous:  aren't you the person who defended ISIS?  Isis is an Egyptian idol. | | | | | |
| 111 | 115082042064 - Hijrah from dar al kufr to dar al islam or jihad in dar al kufr.  Translated:  Travel from the land of the disbelievers to the land of islam or make jihad in the land of the disbelievers. | | | | | |
| 112a | 115256882809.gif - U.S. Humvee burning | | | | | |
| 112b | 115256882809.pdf - Commentary U.S. Forces under Taliban attack | | | | | |
| 113 | 115896186059 - photo of Tsarnaev with commentary from Defendant, "May Allah protect our brother" | | | | | |
| 114 | 115983162114 - Anonymous:  Are you a fucking terrorist supporter or am I missing something?  No I don't support the US military | | | | | |
| 115 | 116315813439 – Defendant posts photo of ISIS flag with language, KEEP CALM AND SUPPORT JIHAD | | | | | |
| 116 | 1164404457269 - Photo of al-Baghdadi posted by Defendant | | | | | |
| 117 | 116440980074 – photo of fighter with language Victory or Martyrdom, posted by Defendant | | | | | |
| 118 | 116524540534 - series of military photos. Anti-US, Anti-western, and Anti-Israeli military versus, pro-IS military, with Defendant's language "All these children looked terrified, but in The Islamic State" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 119 | 116528145589 - 44 ways for supporting Jihad by shikh anwar awlaki, #16 - keeping secrets to advance jihad | | | | | |
| 120 | 116881016659 - photo with commentary: Grand mosque of Ramadi, now in hands of IS | | | | | |
| 121 | 116972606844 - Anonymous:  I would break you into a thousand pieces go join ISIS you fucking piece of shit get the fuck out of my country  lol  that sounds good, I would love to see you try.  I would gladly but I would be arrested.  I was born in the US you idiot | | | | | |
| 122 | 116978118144 – Defendant writes, "No American citizen is safe, fisabilillah they are all valid target.  Until our brothers and sisters are free from imprisonment, harassment, torture, bombs, and bullets americans will bleed inshallah" | | | | | |
| 123a | 117146454714.gif - .gif of Tsarnaev in jail cell giving the finger to camera | | | | | |
| 123b | 117146454714.pdf - Tsarnaev in jail cell giving the finger to camera | | | | | |
| 124 | 117146839234 - two rings with bottom part of IS insignia | | | | | |
| 125 | 117542431384 - Anonymous thoughts on Isis  If you're referring about The Islamic State I support….. | | | | | |
| 126 | 117665094169 – Defendant's posting of image that provides, We Support The Islamic State | | | | | |
| 127 | 117746450289 – Defendant posts opening screen to the video, "WE WILL BURN AMERICA" | | | | | |
| 128 | 117807692639 - Anonymous: You must think you're so cool and edgy supporting ISIS  lol I supported and still support Al-Quaeda, Taliban…. | | | | | |
| 129 | 118075205809 - If I ever see Pamela Geller or Robert Spencer I'll kill them | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 130 | 118489915714.gif - video of beheading | | | | | |
| 131 | 118592139929 - quote by Al Awlaki:  We will implement the rule of Allah on earth by the tip of the sword, whether the masses like it or not | | | | | |
| 132 | 118593387589 – Defendant writes, "One day soon I will be with my brothers on the frontline inshallah" | | | | | |
| 133 | 118626867484 – Defendant posts image containing U.S. military caskets, How we went, whom we met, how we returned:  A story by U.S.. Soldiers | | | | | |
| 134 | 118818153824 – Defendant writes, "This is the 7th time twitter has suspended me, follow me https://twitter.com/_LoneWolf7" | | | | | |
| 135 | 119051313139 - Dzhokar Tsarnaev Death Sentence with commentary May Allah accept him as a shaheed and hrant him Jannah inshallah | | | | | |
| 136 | 119166769804 – Defendant writes, "My future wife most likely will be twice as radical as I am inshallah" | | | | | |
| 137 | 119596390329 – Defendant writes, "I had a dream about me and a few brothers doing ribat and we were attacked by US and Iraqi soldiers.  Two brothers got martyred but we repelled the attack killing all of the enemy. I woke up smiling, dreams of jihad are the best  inshallah ill be doing the real thing soon" | | | | | |
| 138 | 119862329294 - Anonymous:  Why is society ruined?  No sharia | | | | | |
| 139 | 119865322859 - Series of photos of dead US military personnel where Defendant writes, "Some dead terrorst for your memorial day" | | | | | |
| 140 | 119887090844 - photo of burning American flag | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 141 | 119888149529 - series of photos of graves at Arlington with people weeping by the same where Defendant writes, "The friends and family of dead terrorists crying" | | | | | |
| 142 | 119922239524 – Defendant writes, "I don't feel comfortable in the US.  I don't think I'll feel different until I make hijrah or die fi sabilillah" | | | | | |
| 143 | 120163953124 - selfie of Defendant with raised finger | | | | | |
| 144 | 120164873519 – Defendant posts media clip of photo of "Draw Mohammed" sponsor with his purported address | | | | | |
| 145 | 120335146834 – Defendant posts Edmund Kemper quote, "I knew long before I started killing that I was going to be killing, that it was going to end up like that.  The fantasies were too strong.  They were going on for too long and were too elaborate." | | | | | |
| 146 | 120848742789 – Defendant writes, "I wanna be in the battlefield facing the kuffar…That's all my heart is longing for. 'one day soon inshallah'" | | | | | |
| 147 | 120991870379 – Defendant posts image of ISIS flag with language, "Don't stand by my grave and cry cos im not there I did not die" | | | | | |
| 148 | 121025551404 – Defendant writes, "AK-47 by my side get shahadah or keep trying." | | | | | |
| 149a | 121068782879.gif - video of plane crashing through Twin Towers | | | | | |
| 149b | 121068782879.pdf – image plane crashing through Twin Towers | | | | | |
| 150 | 121082493049 - Things I want in the next 5 years  Be with my brothers fighting fisabilillah; Victories over the kuffar and apostates; Shahadah | | | | | |
| 151 | 121137521224 - photo of Twin Towers collapsing | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 152 | 121137679329.mp4 - video of hand being chopped off | | | | | |
| 153 | 121319405149 – Defendant writes, "I had a dream that I was coming back from the front lines to see my wife, when I got back she was mad at me because I didn't get shahada…im not even married" | | | | | |
| 154 | 121323680879 – Defendant writes "stop harassing and messaging brothers and sisters who stated multiple times they don't support Dawla.  If you want to harrassing an actually supporter message me" | | | | | |
| 155 | 121328291609 – Defendant provides identifying information | | | | | |
| 156 | 121340567539 – Defendant writes, "If I was to post what I really want to say I'd be in jail" | | | | | |
| 157 | 121354039114 - Anonymous:  If u support Isis just admit it coward  lmao I don't support Egyptian idols if you mean the Islamic State I have stated many times that I do support them…. | | | | | |
| 158 | 121354171509 – Defendant writes, "I just want to get married, make hijrah, and get away from these moderates" | | | | | |
| 159 | 121557206684 – Defendant posts screen shots from video of individual with subscript "We are terrorists, and terror is an obligation in the book of Allah…against the East and the West" | | | | | |
| 160 | 121571415769 - photo of Twin Tower, bin Laden, and IS flag | | | | | |
| 161 | 121640883729 – Defendant writes, "May Allah hasten the destruction of the terrorist state of America and all their allies" | | | | | |
| 162 | 121834351139 - Anonymous:  How can you say you're not a terrorist?  Where in the Quaran does it say you can kill people? …and kill them where you find them….and many more verses regarding jihad against the disbelievers | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 163 | 122150452114 – Defendant posts image of ISIS flag with language, "Keep Calm & Let them Die in Their Rage" | | | | | |
| 164a | 122186283964.gif  - video of knife cutting through paper | | | | | |
| 164b | 122186283964.pdf – Defendant comments on knife video, writing "Imagine beheading with this" | | | | | |
| 165 | 122197064134 – Defendant posts photo of Jewish flag, writing "Why is tumble promoting this crap on my dash, if only Hitler could have finished the job" | | | | | |
| 166 | 122246092939.pdf – Defendant writes, "AQAP is full of spies, that's every 3 weeks to a month a senior leader is killed in a drone or air strike. Dawlah on the other hand knows how to deal with spies, they execute them by drowning them in a cage in a pool they snitched on, RPG them in a car, and explosive belts decapitation" | | | | | |
| 167a | 122253508130.mp4  video of execution of men by detonation cord | | | | | |
| 167b | 122253508130.pdf – image of execution of men by detonation cord | | | | | |
| 168a | 122280223969.pdf – Defendant posts series of ISIS executions by rocket propelled grenade, cage drowning, and detonation cord | | | | | |
| 168b | 122280223969_0.gif - video of ISIS execution of prisoners bound in car by rocket propelled grenade | | | | | |
| 168c | 122280223969_1.gif - video of ISIS execution of prisoners in a cage by drowning | | | | | |
| 168d | 122280223969_2.gif - video of ISIS execution of prisoners by detonation cord | | | | | |
| 169a | 122409536484.mp4 - video of ISIS execution by close distance shotgun to the head of a prisoner | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 169b | 122409536484.pdf – image of ISIS execution with language "food for breakfast" | | | | | |
| 170 | 122430772989 – Defendant posts image regarding "The Rules of Media Concealment" (with IS flag) | | | | | |
| 171 | 123184207644 – Defendant writes, "I hate american and their stupid fireworks.  If you're over the age of 4 and enjoy fireworks you're an idiot.   Large groups on people all gather together to watch flases in the sky for 10 mins.  My kinds of fireworks are 9/11 and the Boston marathon bombing." | | | | | |
| 172 | 123195063564 – Defendant wrote, "The sound of an AK firing and Grad launches are music to my ears" | | | | | |
| 173 | 123234882299 – Defendant posts photo of preparation for mass execution by IS of military personnel with language | | | | | |
| 174a | 123245513639 - multiple photos of American flag being burned with comment "happy 4th of july! :')" | | | | | |
| 174b | 123245513639_0.gif - video of American flag burning | | | | | |
| 175 | 123253273144 - Anonymous:  So what do you do for a living?  I work in the medical field at a hospital | | | | | |
| 176 | 123438965599 – Defendant writes, "Too many homicidal thoughts" | | | | | |
| 177 | 123703876754 – Series of photos of dead military personnel with ISIS flag | | | | | |
| 178a | 123863436544.mp4 – Defendant posts IS supporters testing a hostage on religious knowledge then executing him | | | | | |
| 178b | 123863436544.pdf – Defendant posts image of video still with language "The Mujahadeen or so done with this guy," where Defendant writes "lol" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 178c | 123955285229 – Defendant posts still photo taken from video 123863436544.mp4 where ISIS members test religious knowledge of a male hostage, where Defendant writes, "I'm going to make this my phone background" | | | | | |
| 179a | 123864261349.mp4 – Defendant posts ISIS video of multiple men held hostage in the back of a large truck, identified by the narrator as the "army's forces" and "special forces and SWAT."  "We will trample over all of the forces of disbelief on the earth." | | | | | |
| 179b | 123864261349.pdf – Defendant posts image of ISIS video still | | | | | |
| 180 | 123878458959 – Defendant posts image of man actively firing a machine gun out of an open door in a house, where Defendant states, "When the feds come knocking" | | | | | |
| 181 | 12394293879 – Defendant posts series of photos of Osama bin Laden with language: "To the highest levels of Jennah…they have males, but we have men." | | | | | |
| 182 | 123953234994 - photo of plane flying into second of Twin Towers | | | | | |
| 183 | 123971054529 – Defendant posts photo of folder that reads "People I want to kill," where Defendant writes, "I wrote my list down, files can be too incriminating" | | | | | |
| 184 | 124090857824 – Defendant writes "The cubs of the Khilafah are the worst nighmare for the west, especially the ones born there. They are undocumented, no pictures or copies of fingerprints of them exist.  They will be the perfect sleeper agent." | | | | | |
| 185a | 124092305188.mp4 – Defendant posts video of ISIS execution of four men by gunshot to the head | | | | | |
| 185b | 124092305188.pdf – Defendant writes, "Wilayat Khayr: By Allah, We Will Revenge!" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 186 | 124177683129 – Anonymous:  If someone really wanted to understand you, what would they read, watch, and listen to?  Quran, books of Bukhari and Muslim, Sheikh Anwar al-Awlaki (RA), Noam Chomsky, Sheikh Omar Bakri Muhammad, anime, Sayyid Qutb | | | | | |
| 187 | 124177836489 - Anonymous:  would you say your tumblr is a fair representation of the real you?  Somewhat about 60%.  If it was 100% I would be in jail | | | | | |
| 188 | 124275804649 – Defendant wrote, "I just heard the news Alahu Akbar!!!! May Allah (SWT) accept our brother Muhammad Youssef Abdulazeez" regarding Chatanooga shooter who opened fire on two US military installations, killing 5 | | | | | |
| 189 | 124276238499 – Defendant writes, "I can't wait to hear how the 4 marines who took part in the 2nd battle of Fallujah were innocent" | | | | | |
| 190 | 1240645051479 – Defendant writes, "You can find numerous videos of US soldiers crying in or after battle, but you can not find one video of a Mujahid crying out of fear of the enemy" | | | | | |
| 191 | 124742440179 – Defendant writes a mock dialogue advocating violence and indicating that he "takes pleasure in imagining hurting people, thinks about blood and gore to calm myself." | | | | | |
| 192 | 124882875069 – Defendant writes, "Muslims who are 'radicalized' are the ones who care about the Ummah the most.  They are willing to take actions that some would deem extreme.  They are willing to give up their wealth, freedom, and lives for brothers and sisters they have never met." | | | | | |
| 193 | 124965670184 – Defendant posts on his Tumblr account to reference his Twitter lone11 wolfe account | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 194 | 124996119014 - Defendant posts a picture of his wallet containing a homemade ISIS flag, writing "When the cops ask for my ID." | | | | | |
| 195 | 125115238134 – Defendant posts picture of young boy with caption, "The Americans are animals.  They are scum." | | | | | |
| 196 | 125153102844 – Defendant writes "Allah Akar those marines got sent to hell," in response to another online user mourning the death of four marines in Chattanooga | | | | | |
| 197 | 125513270224 – Defendant posts series of photos of from Charlie Hebdo execution, writing "My brothers sent him to hell" | | | | | |
| 198 | 125655558819 – In response to the heading "#1 funders of terrorism in the world," Defendant writes "US tax payers" | | | | | |
| 199a | 125660508494.mp4 – Defendant posts video of Osama bin Laden sermon with subtitles that include, "Blood for blood, destruction for destruction…" | | | | | |
| 199b | 125660508494.pdf – Defendant posts Osama bin Laden quote in reference to video of Osama bin Laden sermon with subtitles that include, "Blood for blood, destruction for destruction…" | | | | | |
| 200 | 125678372724 – Defendant posts photo of a handgun, writing "I want this but chambered in .357 sig" | | | | | |
| 201 | 125753743619 – Defendant writes "I will be with my brothers on the front lines or in jail inshallah" | | | | | |
| 202 | 126656298624 – Defendant posts image of bloodied firearm with the language, "YODO  You Only Die Once Why not make it Martyrdom" | | | | | |
| 203 | 1266666671319 – Defendant posts image of two Sig Sauer firearms with 4 magazines, writing about the brand and caliber of the weapons | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 204 | 126714500884 – Defendant posts image of a firearm, writing "looks like a ppk but it's a sig   want" | | | | | |
| 205 | 126963654984 – Defendant posts image of three firearms, writing "I'd rather have it in 357 sig  I don't like glock  every cop has a glock 22" | | | | | |
| 206 | 127060655059 – Defendant writes "Why are terrorists trying to recruit me?" in reference to a US Airforce post, "Some become heroes by chance.  Others make it a profession." | | | | | |
| 207 | 127394345559 – Defendant posts images of two firearms, writing "Sig Sauer" | | | | | |
| 208 | 127464614779 – Defendant posts image of plane flying into Twin Towers on 09/11 | | | | | |
| 209 | 127465653204 – Defendant responds to a post of a spouse/partner of a U.S. serviceman named Nathan where the spouse/partner expresses concern for Nathan's safety, where Defendant writes "May the mujahideen slaughter Nathan and send him back to you in a body bag." | | | | | |
| 210a | 127469284139.mp4 – Defendant posts video of child cutting the neck of a teddy bear with a large knife and removing the stuffing of the bear with the knife with ISIS flag and rifle against the wall with adult male in the background yelling "takfir" to which the child responds "Allahu Akbar" | | | | | |
| 210b | 127469284139.pdf – Defendant posts video still of child cutting the neck of a teddy bear with the language "Dawla cub in action" | | | | | |
| 211 | 128016391259 – Defendant posts image of American fighter alive, and then with his head severed, writing "American mercenary who joined the ranks of atheists YPG" | | | | | |
| 212 | 128026920879 – Defendant posts image of four ISIS prisoners hanging upside down, being executed over fire with commentary that "the Islamic State was the only one to act and avenge our brothers split blood." | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 213 | 128029376124 – Defendant writes, "Before I embraced Islam, I supported the Mujahideen for my hatred of the US.  Now I support the Mujahideen for my love of the Muslim ummah." | | | | | |
| 214 | 128165228239 – Defendant writes, "If a patient says they have ptsd, we are supposed to ask what from.  If I ever get a patient with ptsd and they say they got it from Iraq or Afghanistan. I'm going to say alhamdulillah to there face.  I hope they commit suicide." | | | | | |
| 215a | 128168194354.mp4 – Defendant posts video entitled "Soldiers of Allah" | | | | | |
| 215b | 128168194354.pdf – Defendant posts still photo from video entitled "Soldiers of Allah" that contains in the comments the lyrics from the nasheed | | | | | |
| 216 | 128269072709 – Anonymous:  What is the purpose of IS?  "To terrorise the kuffar and the murtaddin, and to establish the shari'ah of Allah upon people's heads and over the whole world thereby spreading justice in the land.  #kaboom | | | | | |
| 217 | 128305071284 – Defendant posts photo of himself in scrubs, writing "First night in the OR" | | | | | |
| 218 | 128323987209 – Defendant posts image of assault rifle, grenades, magazines, handgun, with ISIS flag displayed where post attempts to recruit soldiers in armies throughout the world to defect and join the ranks of ISIS and wage jihad | | | | | |
| 219 | 128538457354 – Defendant posts image of multiple shotguns, machine guns, and hand guns, writing "Those AK's, 1911's, and PPK's" | | | | | |
| 220 | 128837132824 - Anonymous posts question about 9/11.  Defendant writes that he "hates" America, that he "celebrates" 9/11, and "May Allah destroy them (America)." | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 221 | 128837158454 – Defendant posts images of 9/11 birthday cakes, one with face of bin Laden, one with planes flying into twin towers | | | | | |
| 222 | 128837195724 – Defendant posts image of Twin Towers burning, writing "Happy 9/11" on September 11th | | | | | |
| 223 | 128847655909 – Defendant posts photo of man holding ISIS flag | | | | | |
| 224 | 129411328729 – Defendant posts photo of American flag underneath a shoe, where Defendant writes "Right where it belongs" | | | | | |
| 225 | 129755219649 – Defendant posts two photos of before and after execution of four individuals, with language, "New IS colour combo-yellow on orange.  Victims are shiite militia members" | | | | | |
| 226a | 129765230764.gif - ISIS hit list with US military personnel [Counts 1, 2, 3] | | | | | |
| 226b | 129765230764.pdf – Defendant posts ISIS hit list with US military personnel with the language, "Islamic State Hacking Division released addresses of 100 U.S Military personnel incl. pilots that attacked #kobane" [Counts 1, 2, 3] | | | | | |
| 227 | 129959662534 - Anonymous:  I really wanna know why you support terrorist groups!  Defendant replies:  "Why would I support America?" | | | | | |
| 228 | 129971585454 – Defendant posts image of two masked ISIS fighters with the language "Islam is Jihad and the time is now" | | | | | |
| 229a | 130181328394.mp4 – Defendant posts video regarding combat rescue missions by Air Force | | | | | |
| 229b | 130181328394.pdf – Defendant posts still from Air Force video, writing "Why does this sponsored terrorist propaganda keep appearing on my dash?" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 230 | 126238130614 – Defendant posts image of his phone's background displaying anonymizer app along with photo of Islamic preacher with statement:  "unless you repent our swords will chop off your heads." | | | | | |
| 231 | 130220191659 – Defendant posts images of executions and beheadings with photographs and language, "Enemies of the Islamic State get dealt with." | | | | | |
| 232 | 130256821654 – Defendant posts images of series of six photos of 9/11 | | | | | |
| 233 | 130413175479 – Defendant posts address of man responsible for killing Osama bin Laden, where Defendant writes "don't let this kafir sleep peacefully" [Counts 13, 14, 15] | | | | | |
| 234 | 130463191284 – Defendant posts image the reads "At least 32,000 Americans are killed by guns every year.  If ISIS did this to us, would we ignore it and say it's the price of freedom?," where Defendant writes "The Islamic State will slaughter much more than 32,000 American soldiers inshallah" | | | | | |
| 235 | 130466499384 – Defendant posts photo of Twin Tower coming down | | | | | |
| 236a | 130466521834.mp4 – Defendant posts ISIS video with subtitles discussing the threat of ISIS to the United States and how ISIS will never be defeated | | | | | |
| 236b | 130466521834.pdf – Defendant posts video still with the language "Message to the Crusaders" | | | | | |
| 237 | 130525669969 – Defendant posts image of cartoon character holding hand up and the caption, "Please, I do not have time for your tears," where Defendant writes, "Me every time there is a mass shooting in the US" | | | | | |
| 238 | 130632729619 – Defendant posts series of images of executions by beheading with a machete, with comment "Those who have apostated and help the crusaders, this is your ending in the Islamic State." | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 239 | 130656786204 – Defendant posts photo from ISIS media division with image of man pointing a rifle with caption, "Running away from JIHAD will not save you from death, You can die as a coward or you can die as a martyr" | | | | | |
| 240 | 130802355404 – Defendant posts image of two knives, with comment, "Mujahideen in Palestine, kindly use the knife on the right if you're preparing to stab a Jew, it is preferable to dip it in poison for a week beforehand" | | | | | |
| 241a | 131231784174.mp4 – Defendant posts video of terrorist attack on a Jerusalem street with a butcher's knife | | | | | |
| 241b | 131231784174.pdf – Defendant posts video still of terrorist attack on a Jerusalem street with a butcher's knife, where Defendant writes "Allahu Akbar" | | | | | |
| 242 | 131681221594 – Defendant posts image of al-Zarqawi with the quote, "Oh Allah, strike the apostate rulers, Oh Allah, kill them one after the other, sparing none" | | | | | |
| 243 | 131733537674 – Defendant posts map of Middle East with ISIS flag expanding over it with commentary "Remaining and expanding by the will of Allah" | | | | | |
| 244 | 131751187104 – Defendant posts image of US soldier killed in Iraq rescue operation, with commentary "allahu akbar" | | | | | |
| 245 | 131811416999 – Defendant posts photo of Twin Tower burning | | | | | |
| 246 | 131845183164 – Defendants posts photo of a knife and a gun | | | | | |
| 247a | 131893899099.mp4 – Defendant posts video of "Soldiers of Allah" | | | | | |
| 247b | 131893899099.pdf – Defendant posts video of "Soldiers of Allah" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 248 | 131928592964 – Defendant posts image of slain U.S. service member, with caption "11 Bronze stars, 14 tours, 1 widow," where Defendant writes "11 bronze stars, 14 tours, 1 widow, and hellfire for eternity" | | | | | |
| 249 | 131929405674 – Defendant posts photo of Twin Towers burning | | | | | |
| 250a | 131937047309.mp4 – Defendant posts IS video of suicide bomber | | | | | |
| 250b | 131937047309.pdf – Defendant's post of IS video of suicide bomber | | | | | |
| 251 | 132026456914 – Defendant posts photo of US military soldiers with comment "May Allah bring them many more defeats" | | | | | |
| 252 | 132177460489 – Defendant posts image of U.S. military soldier compared to IS soldier with language "Result U.S. soldier dead and more injured. . ." | | | | | |
| 253 | 132251180409 Anonymous:  Can you explain 9 11 to me please brother? 9/11/2001 is the date of the blessed operation carried out by our brothers in Al-Qaidah (back then) in the US.  19 young lions of Allah hijacked US planes and sold their souls cheap (by driving the planes straight into the twin towers + others) showing America that just as you bomb our Muslim lands, we as well, will bomb yours. May Allah accept them as Shuhada! | | | | | |
| 254 | 132465099089 – Defendant posts image of al Awlaki with eulogy to al Awlaki | | | | | |
| 255 | 132594714789 – Defendant posts photos of deceased Canadian soldier, where Defendant writes "Canadian kafir fighting with the YPG sent to hell by a mujahid of the Islamic State in an Isishhadi operation" | | | | | |
| 256a | 132704091679.mp4 – Defendant posts video of ISIS fighters | | | | | |
| 256b | 132704091679.pdf – Defendant's post of video of ISIS fighters | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 257a | 132704407469.mp4 – Defendant posts video depicting map with US being abolished and overtaken by ISIS | | | | | |
| 257b | 132704407469.pdf – Defendant's post of video depicting map with US being abolished and overtaken by ISIS | | | | | |
| 258 | 132794477809 – Defendant posts photo of al-Zarkawi with caption "The Rafidha (disbelievers) are a Disease to this Ummah that has no cure but the sword" | | | | | |
| 259 | 132967597744 – Defendant posts photo of IS soldiers on horseback | | | | | |
| | TUMBLR SCREENSHOTS | | | | | |
| 301 | 301 - 9-23-15 heads of spies.jpg – Defendant posts heads of 3 beheaded men, with series of likes from his audience | | | | | |
| 302 | 9-24-2015 final image.jpg – post history and series of likes associated with 9-24-2015 Tumblr hit list | | | | | |
| 303a | 1 cut – page 1 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303b | 2 cut – page 2 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303c | 3 cut – page 3 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303d | 4 cut – page 4 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303e | 5 cut – page 5 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303f | 6 cut – page 6 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303g | 7 cut – page 7 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303h | 8 cut – page 8 of 14 of 9-24-2015 Tumblr hit list | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 303i | 9 cut – page 9 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303j | 10 cut – page 10 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303k | 11 cut – page 11 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303l | 12 cut – page 12 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303m | 13 cut – page 13 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 303n | 14 cut – page 14 of 14 of 9-24-2015 Tumblr hit list | | | | | |
| 304 | 5-29-15 Defendant selfie.jpg - Screenshot of Defendant's archived Tumblr page for May 2015 | | | | | |
| 305 | 8-31-15 – Screen shot of Defendant Tumblr page with likes regarding post by Defendant, "Before I embraced Islam, I supported the Mujahideen for my hatred of the US.  Now I support the Mujahideen for my love of the Muslim ummah." | | | | | |
| 306 | 9-7-15 beheading reblog.jpg - Screen shot of Defendant Tumblr, reblogging beheading from Abuqital with series of likes from audience | | | | | |
| 307a | 9-7-15 burning reblog.jpg - Screen shot of Defendant Tumblr, with execution of multiple men by fire | | | | | |
| 307b | 9-7-15 burning reblog2.jpg - Screen shot of Defendant Tumblr, with execution of multiple men by fire, reblogged by Defendant, with series of likes from audience | | | | | |
| 308 | 10-15-15 ISIS flag hostages.jpg – Defendant posts photo of hostages held at gun point by ISIS fighters | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 309 | Abu-fil Tumblr-Abdulazees.jpg  Defendant Tumblr page with post:  I just heard the neews Allahu Akbar!!!! May Allah (SWT) accept ourt brother Muhammad Youssef Abudazeez (Chatanooga shooter) | | | | | |
| 310 | Abu-fil Tumblr-Front lines.jpg  Defendant tumblr page with post:  "I will be with my brothers on the front lines or in jail inshallah" | | | | | |
| 311 | Abu-fil Tumblr-ISIS flag.jpg Defendant reblogged from Abuqital | | | | | |
| 312 | Abu-fil Tumblr-ISIS supporters.jpg post by Defendant chastising others to stop making list of IS supporters | | | | | |
| 313 | July 2015 Obama.jpg  reblog by Defendant from Abuqital  "Wanted" poster of Obama | | | | | |
| 314 | Tumblr 8-31-15 beheading.jpg  post by Defendant of beheading of YPG soldier | | | | | |
| | **TWITTER SOCIAL MEDIA PRODUCTION** | | | | | |
| | Lone Wolfe 11 | | | | | |
| 401a | 62398116979048449.pdf  - screen page of LoneWolfe@lonewolfe10 indicating that account is suspended, with tweet "What's the point" | | | | | |
| 401b | 62398116979048449.jpg  screen page of LoneWolfe@lonewolfe10 indicating that account is suspended, with tweet "What's the point" | | | | | |
| 402a | 623989134835752962 – Defendant posts communication regarding "Carrying Out Punishment on Thieves" | | | | | |
| 402b | 623989134835752962.jpg – Defendant posts image of individual having his hand chopped off | | | | | |
| 403 | 624099823545905152 – Defendant writes, "Nightmare for the west, especially the cubs born there. Undocumented, not fingerprinted or photographed in the west" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 404 | 624870073166102528 – Defendant writes, "I support Dawlah and I live in the US" | | | | | |
| 405a | 625233676146737152 – Defendant posts communication regarding photos of IS soldiers with title:  Graduation of a new Batch of Snipers in Islamic State | | | | | |
| 405b | 625233676146737152 – Defendant posts photo of snipers (1 of 4) | | | | | |
| 405c | 625233676146737152 – Defendant posts photo of snipers (2 of 4) | | | | | |
| 405d | 625233676146737152 – Defendant posts photo of snipers (3 of 4) | | | | | |
| 405e | 625233676146737152 – Defendant posts photo of snipers (4 of 4) | | | | | |
| 406 | 625630978053120000 – Defendant writes, "Just thinking about getting martyred puts a smile on my face.  One day soon inshallah." | | | | | |
| 407a | 627290918639534080 – Defendant posts communication regarding U.S. military trainer with language "American fatty trainer for safawi forces has received a one way ticket to hell in ramadi by jundkhilafa" | | | | | |
| 407b | 627290918639534080.jpg – Defendant posts image of U.S. military trainer | | | | | |
| 408a | 627747008825163776 – Defendant tweets regarding 4 photos of hand of thief being cut off by IS, with text:  "Islamic Staete Applying Hadd on a thief in the city of It,, Wilayat al-Anbar" | | | | | |
| 408b | 627747008825163776.jpg – Defendant tweets image of individual having hand chopped off (1 of 4) | | | | | |
| 408c | 627747008825163776.jpg – Defendant tweets image of individual having hand chopped off (2 of 4) | | | | | |
| 408d | 627747008825163776.jpg – Defendant tweets image of individual having hand chopped off (3 of 4) | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 408e | 627747008825163776.jpg – Defendant tweets image of individual having hand chopped off (4 of 4) | | | | | |
| 409 | 629426395089928192 – Defendant tweets Awlaki quote, "The West brought us war and destruction, let's give the West back what it gave us…" | | | | | |
| 410a | 629473169242476544 - Defendant tweets four beheading execution images, with text: "Man executed for blasphemy." | | | | | |
| 410b | 629473169242476544.jpg – Defendant tweets beheading execution images (1 of 4) | | | | | |
| 410c | 629473169242476544.jpg – Defendant tweets beheading execution images (2 of 4) | | | | | |
| 410d | 629473169242476544.jpg – Defendant tweets beheading execution images (3 of 4) | | | | | |
| 410e | 629473169242476544.jpg – Defendant tweets beheading execution images (4 of 4) | | | | | |
| 411 | 629870548118597633 – Defendant writes, "Being Muslim, black, and native american in the US, I feel like it's my duty to burn America" | | | | | |
| 412a | 630298344573771776 - Defendant writes, "US combat veteran claim to be so tough by they did tours in Iraq and Afghanistan with advanced weapons, body armor, artillery, air cover . . . " (1 of 2) | | | | | |
| 412b | 630298537755058176 - Defendant writes, ". . . and heavy armored vehicles.  But they cry when fireworks go off lol" (2 of 2) | | | | | |
| | Lone Wolfe 12 | | | | | |
| 413a | 631493792525234 – Defendant posts 11LoneWolfe screen page displaying that account suspended, with tweet:  "and another one" | | | | | |
| 413b | 631493792525234 – 11LoneWolfe screen page | | | | | |
| 414a | 632369523484696576 – Defendant posts tweet with language, "MUST READ:  A Brief Guide to the Islamic State" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 414b | 632369523484696576.jpg – Defendant's posting of A Brief Guide to the Islamic State | | | | | |
| 415a | 633459260278599681 – Defendant's post tweet with language "If you dare to insult God in the Caliphate, say goodbye to your head in advance!" | | | | | |
| 415b | 633459260278599681.jpg – Defendant's posting of phot of individual's head being chopped off with a machete | | | | | |
| 416a | 633536177551863808 – Defendant posts tweet with language "New Baquiya Shout out Account. . . Die in your rage" | | | | | |
| 416b | 633536177551863808.jpg – Defendant's posting of photo of IS soldier carrying IS flag | | | | | |
| 417 | 633666143090294784 – Defendant writes, "Follow & Support!!! Make the kuffar restless" | | | | | |
| | Lone Wolfe 13 | | | | | |
| 418a | 635090275682156544 – Defendant posts tweet, writing "back again" | | | | | |
| 418b | 635090275682156544.jpg – Defendant's posting of his 12LoneWolfe screen page displaying that his account was suspended | | | | | |
| 419 | 635096108914622464 – Defendant writes, "I don't like asking for shout outs but shout out please" | | | | | |
| 420 | 635289965434497536 – Defendant writes, "Americans think the US military can defeat IS, they got ran out of Iraq by IS.  IS has more manpower, better equipment, and is well trained" | | | | | |
| 421 | 635309104202969088 – Defendant posts tweet with language, "Brothers I urge you agin to go to the IS in Libya if you want to make Hijra.  They have the supplies, etec.  But they are in need of Lions atm." | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 422a | 635358057564909568 – Defendant posts tweet with language, "Allah Akbar NATO contractors killed by Kabul car bomb identified as US. Citizens" | | | | | |
| 422b | 635358057564909568.jpg – Defendant's posting of photo of bombed car | | | | | |
| 423 | 636198934067736576 – Defendant posts tweet with language, "Ruling on Fighting the Americans Outside Iraq is fatwa released by the Sheikh in 2003 talks also about covenant" | | | | | |
| 424a | 636199513976344576 – Defendant posts tweet with language, "Implement Hadd punishment against a Thief" | | | | | |
| 424b | 636199513976344576.jpg – Defendant's posting of individual getting his hand cut off (1 of 4) | | | | | |
| 424c | 636199513976344576.jpg – Defendant's posting of individual getting his hand cut off (2 of 4) | | | | | |
| 424d | 636199513976344576.jpg – Defendant's posting of individual getting his hand cut off (3 of 4) | | | | | |
| 424e | 636199513976344576.jpg – Defendant's posting of individual getting his hand cut off (4 of 4) | | | | | |
| 425a | 636351118346992129 – Defendant posts tweet with language, "Salam brother suspended agains can I get a shout out let the kuffar DIE in their rage" | | | | | |
| 425b | 636351118346992129.jpg – Defendant's posting of image containing phrase "Die in your rage" | | | | | |
| 426 | 636860990676668416 – Defendant writes, "akhi is telegram secure?" | | | | | |
| 427 | 636863868661309441 – Defendant writes, "Jazakallah khair.  I just downloaded it. Best thing to do would be to just know the law and don't say anything stupid." | | | | | |
| Lone Wolfe 14 | | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 428a | 638731764551299072 – Defendant writes, "Back like I never left." | | | | | |
| 428b | 638731764551299072.jpg – Defendant's posting photo of screen page showing suspended account for @Lone_Wolfe13 | | | | | |
| 429 | 638883120205418496 – Defendant psots tweet with language, "There are millions of Tamerlan Tsarnaevs and Dzhokhar Tsarnaevs.  We predict a dark day for you." | | | | | |
| 430 | 638920052314624000 – Defendant writes, "Stop using telegram, kik, surespot, etc. use this !!!" | | | | | |
| 431 | 639064279484887040 – Defendant writes, "Imagine all the innocents killed in Iraq by the US.  Inshallah they are laughing at the US soldiers who kill themselves in the hell fire" | | | | | |
| | | Lone Wolfe 15 | | | | |
| 432a | 639248782107017216 – Defendant writes, "Back at it" | | | | | |
| 432b | 639248782107017216.png – Defendant's posting of his screen shot of suspended account for @Lone14Wolfe | | | | | |
| 433a | 639462607934631936 – Defendant posts tweet of with language "Implementing law on a man guilty of blaspheming Allah" | | | | | |
| 433b | 639462607934631936.jpg – Defendant's posting of series of beheading execution (1 of 4) | | | | | |
| 433c | 639462607934631936.jpg – Defendant's posting of series of beheading execution (2 of 4) | | | | | |
| 433d | 639462607934631936.jpg – Defendant's posting of series of beheading execution (3 of 4) | | | | | |
| 433e | 639462607934631936.jpg – Defendant's posting of series of beheading execution (4 of 4) | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 434a | 639462843558006784 – Defendant's posts tweet with language, "With Allah's help, I am back with my bros/sis to make kuffar die in their filty rage!  Shoutout is very much needed" | | | | | |
| 434b | 639462843558006784.jpg – Defendant's posting of suspended account of @abukurdi@ | | | | | |
| 435a | 640471654003527680 – Defendant posts tweet with language, "Muhammad Al-Amriki from USA got Shahada in Mugadishu, may Allha accept him" | | | | | |
| 435b | 640471654003527680.jpg – Defendant's posting of Muhammad Al-Amriki | | | | | |
| 436 | 641289235803303936 – Defendant writes, "I will defend the honor of the Mujahideen until I'm imprisoned or among them inshallah" | | | | | |
| 437a | 641293669992124416 – Defendant posts tweet with language, "The UK having 'hit lists' is 'self defense' while IS Hit Lists of invaders/occupiers/murderess is 'terrorism'" | | | | | |
| 437b | 641293669992124416.png – Defendant's posting of Sky News release regarding British hit list | | | | | |
| 438 | 641299823891771392 – Defendant posts tweet with language, "Hijrah to the other Wilayat is still available. For those who are saddened by the temporary closing of Syria and Iraq" | | | | | |
| 439a | 641837960992845824 – Defendant posts tweet with language, "BREAKING: Islamic State al-Hayat Media Presents Dabiq Magazine issue 11" | | | | | |
| 439b | 641837960992845824.png – Defendant's posting of photo of cover of Dabiq magazine | | | | | |
| 440 | 642521398481682432 – Defendant psots tweet with language, "@IS_HackDiv: Islamic State 2nd Military Kill List new link and Happy 9-11:)" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 441a | 642668805009895424 – Defendant posts tweet with language, "Implement Rule of Allah on Man Guilty of Blasphemy" | | | | | |
| 441b | 642668805009895424.jpg – Defendant's posting of image of executed individual | | | | | |
| 442a | 642972558556590080 – Defendant posts tweet with language, "We Will Burn America Again" | | | | | |
| 442b | 642972558556590080.jpg – Defendant's posting of title screen from video "We Will Burn America" | | | | | |
| 443a | 643115817161330688 – Defendant posts tweet with language, "Sit in, wait for them at every place of ambush" | | | | | |
| 443b | 643115817161330688.jpg – Defendant posts photo of fighter | | | | | |
| Lone Wolfe 16 | | | | | | |
| 444a | 643927794469236736 – Defendant writes, "I'm back" | | | | | |
| 444b | 643927794469236736.jpg – Defendant's posting of his screen page of @LoneWolfe_15 indicating account suspended | | | | | |
| Lone Wolfe 17 | | | | | | |
| 445a | 644406721868398592 – Defendant writes, "Not going to stop me" | | | | | |
| 445b | 644406721868398592.jpg – Defendant's posting of his suspended account prompt for @LoneWolfe_16 | | | | | |
| 446a | 446 - Defendant's Twitter 17 group direct messages | | | | | |
| 447a | 645198516952899584 – Defendant writes, "#USA" | | | | | |
| 447b | 645198516952899584 – Defendant's posting of foot stepping on American flag | | | | | |
| 448a | 645201646901923840 – Defendant posts tweet with language, "Die in your rage kuffar!!!! Please shoutout and follow" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 448b | 645201646901923840 – Defendant's posting of image of suspended account of @jannahwarrior4 | | | | | |
| 449 | 645219436782354432 – Defendant writes, "they really didn't care lol.  They don't know how radical I am though." | | | | | |
| 450 | 645280549708414976 – Defendant writes, "Learn from the mistakes of our brothers and sisters who have been arrested.  Know the law where you live, I didn't know isn't a defense." | | | | | |
| 451 | 645410228629078016 – Defendant writes, "once the first soldier loses his head, they all be scared to leave their FOB" | | | | | |
| 452 | 645838502249275392 – Defendant writes, "@Bint_crackeriya my tumblr" | | | | | |
| 453 | 645908163590496256 – Defendant writes, "no Muslim should stay or come to the US.  There is nothing here for us" | | | | | |
| 454 | 645909199241443841 – Defendant writes, "I agree 100%.  The only Muslims that should come to the US are ones that carry black banners looking to conquer" | | | | | |
| 455a | 645915196939223040 – Defendant posts tweet with language, "Conflicts:  Video: Footage of Taliban attacks on US/ANA soldiers in Afghanistan in 2015" | | | | | |
| 455b | 645915196939223040.jpg – Defendant's posting of military vehicle launched into air from explosion | | | | | |
| 456a | 646615718973308928 – Defendant posts tweet with language, "IS soldiers executed to spy's who collected infor for the Turkey Government" | | | | | |
| 456b | 646615718973308928.jpg – Defendant's posting of execution (1 of 4) | | | | | |
| 456c | 646615718973308928.jpg – Defendant's posting of execution (2 of 4) | | | | | |
| 456d | 646615718973308928.jpg – Defendant's posting of execution (3 of 4) | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 456e | 646615718973308928.jpg – Defendant's posting of execution (4 of 4) | | | | | |
| 457 | 646860983269498880 – Defendant writes, "it didn't work in Chrome but it's fine in tor" | | | | | |
| 458 | 646884437590953984 – Defendant writes, "yeah it only works on tor for me though" | | | | | |
| 459 | 647588425495900160 – Defendant writes, "when US SF tried to capture Abu Sayyaf may Allah accept him, he picked up his weapon to fight" | | | | | |
| 460 | 647589202050318336 – Defendant writes, "when the US launched a raid to rescue prisoners. The Mujahideen engaged them for hours" | | | | | |
| 461a | 648356510205132800 – Defendant posts tweet with language, "Islamic State Roadside IED Hits Army Truck in Hama" | | | | | |
| 461b | 648356510205132800.jpg – Defendant's posting of Army Truck explosion (1 of 3) | | | | | |
| 461c | 648356510205132800.jpg – Defendant's posting of Army Truck explosion (2 of 3) | | | | | |
| 461d | 648356510205132800.jpg – Defendant's posting of Army Truck explosion (3 of 3) | | | | | |
| 462a | 649006566537039872  - Defendant posts tweet with language "RT@_cyber_caliphat: \Wanted to kill\New Name" [Counts 4, 5, 6] | | | | | |
| 462b | 649006566537039872.png – Defendant's posting of 2 photos of military service personnel [Counts 4, 5, 6] | | | | | |
| 463a | 649006607670636544 - Defendant posts tweet with language "RT@_cyber_caliphat: \Wanted to kill\New Name" [Counts 7, 8, 9] | | | | | |
| 463b | 649006607670636544.png - Defendant's posting of 1 photo of military service personnel with his young children [Counts 7, 8, 9] | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 464a | 649470970269462528 – Defendant posts tweet with language, "Islamic State executing captured Peshmerga murtadeen" | | | | | |
| 464b | 6494709702694625288.jpg – Defendant's posting of image of IS brutally ripping the heads of two prisoners | | | | | |
| 465a | 649515742908555264 – Defendant posts tweet with language, "Allahu Akbar…Allahu Akbar…Alllahu Akbar" | | | | | |
| 465b | 649515742908555264.jpg – Defendant's postings of images of fighters carrying IS flags through streets (1 of 4) | | | | | |
| 465c | 649515742908555264.jpg – Defendant's postings of images of fighters carrying IS flags through streets (2 of 4) | | | | | |
| 465d | 649515742908555264.jpg – Defendant's postings of images of fighters carrying IS flags through streets (3 of 4) | | | | | |
| 465e | 649515742908555264.jpg – Defendant's postings of images of fighters carrying IS flags through streets (4 of 4) | | | | | |
| 466a | 649887666197168128 – Defendant posts tweet with language, "The look that will haunt the dreams of the Peshmerga murtadeen" | | | | | |
| 466b | 649887666197168128.jpg – Defendant's posting of image of masked IS fighter with severed head in the background | | | | | |
| 467 | 650358177786484224 – Defendant posts tweet with language, "RT UmmHussain911: Released - Address of the US Navy Seal R.O. who killed Sheikh Osama Bin Laden R.A - #GoForth" [Counts 10, 11, 12] | | | | | |
| 468 | 650520261108887552 – Defendant posts tweet with language, "let's see how freedom and the Second Amendment quite works out for Muslim Americans now too @Slapakaffir" | | | | | |
| 469a | 650892393110093824 – Defendant posts tweet with language, "Allah akbar\fatal shooting of police on Friday" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 469b | 650892393110093824.png – Defendant's posting of lone shooter in streets | | | | | |
| 470a | 650894702649085952 – Defendant posts tweet with language, "The remnants of the military convoy of the Egyptian army" | | | | | |
| 470b | 650894702649085952.jpg – Defendant's posting of Egyptian army remnants (1 of 4) | | | | | |
| 470c | 650894702649085952.jpg – Defendant's posting of Egyptian army remnants (2 of 4) | | | | | |
| 470d | 650894702649085952.jpg – Defendant's posting of Egyptian army remnants (3 of 4) | | | | | |
| 470e | 650894702649085952.jpg – Defendant's posting of Egyptian army remnants (4 of 4) | | | | | |
| 471 | 651568772831150080 – Defendant posts tweet with language, "Don't worry we'll kill you, stupid murtad." | | | | | |
| 472 | 651652121402720256 – Defendant posts tweet with language, "IS beheads American, Fires rockets at Israel, inspires attacks in the US. You use common sense" | | | | | |
| 473 | 651656600395075584 – Defendant writes, "Your kufr is clear cut. Repent or the hell fire will be your fate inshallah" | | | | | |
| | Lone Wolfe 18 | | | | | |
| 474a | 651789144667103232 – Defendant writes, "New AVI same lone wolfe" | | | | | |
| 474b | 651789144667103232.jpg – Defendant's posting of his page indicating suspended account | | | | | |
| 475a | Lone Wolfe 18 All Direct Messages | | | | | |
| 476a | Defedant's direct messages with NewEraJihadi | | | | | |
| 477a | 651996505524600832 – Defendant posts tweet with language, " Establishing hadd on a thief stealing from the homes of Muslims" | | | | | |
| 477b | 651996505524600832.jpg – Defendant's posting of individual having his hand chopped off (1 of 4) | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 477c | 651996505524600832.jpg – Defendant's posting of individual having his hand chopped off (2 of 4) | | | | | |
| 477d | 651996505524600832.jpg – Defendant's posting of individual having his hand chopped off (3 of 4) | | | | | |
| 477e | 651996505524600832.jpg – Defendant's posting of individual having his hand chopped off (4 of 4) | | | | | |
| 478a | 652390550021238784 – Defendant posts tweet with language, "Abu Anas al-Iraqi\Exterminator of Rawafidh, terrifer of Murtadeen in Salahuddin province with photo | | | | | |
| 478b | 652390550021238784.jpg – Defendant's posting of photo of executioner | | | | | |
| 479 | 652660031582806017 – Defendant writes, "Hitler should have finished the job" | | | | | |
| 480a | 652871836749967360 – Defendant posts tweet with language, "I wouldn't want to be the one on the receiving end of that kitchen knife with 2 photos of beheading" | | | | | |
| 480b | 652871836749967360.jpg – Defendant's posting of execution (1 of 2) | | | | | |
| 480c | 652871836749967360.jpg – Defendant's posting of execution (2 of 2) | | | | | |
| 481a | 652871906518020096 – Defendant posts tweet with language, "Nigerian Army beheading civilians" | | | | | |
| 481b | 652871906518020096.jpg – Defendant's postings of executions (1 of 2) | | | | | |
| 481c | 652871906518020096.png – Defendant's postings of executions (2 of 2) | | | | | |
| 482a | 653891856745504769 – Defendant posts tweet with language, "implementing the #had on sorcerer" | | | | | |
| 482b | 653891856745504769 – Defendant's posting of execution (1 of 3) | | | | | |
| 482c | 653891856745504769 – Defendant's posting of execution (2 of 3) | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 482d | 653891856745504769 – Defendant's posting of execution (3 of 3) | | | | | |
| 483 | Twitter Production Guide | | | | | |
| | **TWITTER SCREENSHOT** | | | | | |
| 501 | Screen shot of Defedant's posting regarding release of address belonging to Navy Seal who killed Osama bin Laden [Counts 10, 11, 12] | | | | | |
| 502a | Screen shot of September 29, 2015 post [Counts 4, 5, 6, 7, 8, and 9] | | | | | |
| 502b | Screen shot of September 29, 2015 post [Counts 4, 5, 6, 7, 8, and 9] | | | | | |
| 502c | Screen shot of September 29, 2015 post [Counts 4, 5, 6, 7, 8, and 9] | | | | | |
| | **FACEBOOK SOCIAL MEDIA PRODUCTION** | | | | | |
| 601 | 6-13-2014 – Defendant posts image of dead Iraqi child, writing "America and it's people must burn.  There is no such thing as an innocent American" | | | | | |
| 602 | 11-21-2014 – Defendant posts beheading by ISIS, writing "The western governments are responsible for islamic terrorism.  Only so much u can poke until they bite back bit its citizens who pay for it" | | | | | |
| 603 | 2-3-2015 - Defendant's posting of the burning alive of Jordanian pilot | | | | | |
| 604 | 5-25-2015 – Defendant's posting of series of images of U.S. military personnel caskets, soldiers crying | | | | | |
| | **FACEBOOK SCREENSHOTS** | | | | | |
| 701 | 05-11-14 – Defendant writes, "I can't wait for another 9/11, Boston bombing, or Sandy Hook!!!" | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 702 | 5-12-14 – Defendant writes, "I would gladly take part in attack on this murderous regime. . .  I will be proud when I sled [sic] american blood." | | | | | |
| 703 | 5-14-14 – Defendant writes, "Somebody should park a car bomb in front of a church, school, or mall" | | | | | |
| 704 | 7-20-2014 – Defendant writes, "13 Israeli soldiers killed today, if that's not cause for celebration, I don't know what is" | | | | | |
| | **INTERNET SEARCHES FROM DEFENDANT'S COMPUTER** | | | | | |
| 801 | Google search PDFs | | | | | |
| 802 | Chrome Webvisit 1 | | | | | |
| 803 | Chrome Webvisit 2 | | | | | |
| 804 | Firefox Browser History | | | | | |
| 805 | Browser history (1 of 2) | | | | | |
| 806 | Browser history (2 of 2) | | | | | |
| | **DEFENDANT'S SAMSUNG PHONE** | | | | | |
| 901 | 2015-07-25 07.59.49.jpg  photo of home made IS flag in Defendant wallet | | | | | |
| 902 | 20150919_072216.jpg   photo of foot on American flag | | | | | |
| 903 | 812235626_41123.jpg  photos of two hand guns with Arabic writing beneath | | | | | |
| 904 | https%3A%2F%2F40.media.tumblr.com man falling from building | | | | | |
| 905 | https%3A%2F%2F41.media.tumblr.com plane flying into Twin Towers, with Twin Tower burning | | | | | |
| 906 | https%3A%2F%2F41.media.tumblr.com plane flying into Twin Towers, with Twin Towers burning | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 907 | https%3A%2F%2Fapi.tumblr.com%2Fv2% 2Fblog%2Fabu- fil.tumblr.com%2Favatar%2F512.jpg photo of Abu Omar al Shisani (Georgian/Chechen jihadist who served as a commander for IS in Syria) | | | | | |
| 908 | IMG_20150717_192250.jpg  IS flag | | | | | |
| 909 | IMG_20150724_215659.jpg photo with caption "So die in your rage." | | | | | |
| 910 | IMG_20150724_215709 former President Obama being beheaded | | | | | |
| 911 | IMG_20150730_025956.jpg  IS flag flying | | | | | |
| 912 | IMG_20150825_121427.jpg  soldiers bearing rifles and wearing balaclavas with Arabic writing | | | | | |
| 913 | IMG_20150925_021902.jpg  IS flag | | | | | |
| 914 | IMG_20150929_215541.jpg  Photo with Statue of Liberty head cut off | | | | | |
| 915 | Screenshot_2015-07-24-22-59-55.png screen saver of phone with image of Obama beheaded | | | | | |
| 916 | Screenshot_2015-09-18-01-17-02.png photo of IS soldiers with machine guns hoisting IS flag | | | | | |
| 917 | Screenshot_2015-09-18-01-17-04.png close up of photo of IS soldiers with machine guns hoisting IS flag | | | | | |
| 918 | Screenshot_2015-09-23-22-08-57.png Photo of screen saver with caption:  "Our swords will chop off your heads" | | | | | |
| 919 | _P125AF.wmv video of IS soldier carrying flag | | | | | |
| 920 | 0010.wmv video of IS soldiers in ghilly suits with rifles engaging in combat; IS soldiers in the woods with machine guns chanting; battle scenes with rocket launcher | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 921 | 0097.mp4 video Soldiers of the Caliphate Proceed to Battle.  Soldiers go to battle disbelievers who have transgressed on their lands | | | | | |
| 922 | 0098.mp4 IS propaganda video | | | | | |
| 923 | 0099.mp4 IS propaganda video entitled "By Allah We'll Avenge" with execution scene of 4 men | | | | | |
| 924 | 0100.mp4 lecturer sending a message to the crusader coalition and to destroy America | | | | | |
| 925 | 0101 - Islamic State- A Year after Conquest video; ISIS propaganda video...The crusader invaders left Iraq with their tails between their legs…war scenes | | | | | |
| 926 | 0112.Messages from the Land of EpicI Battles:  IS propaganda video | | | | | |
| 927 | MyMovie.wmv child stabbing a stuffed teddy bear | | | | | |
| 928 | RAMADIC.mp4  IS propaganda video with battle scenes with wounded US soldiers; George Bush | | | | | |
| 929 | videoplayback2.mp4 - IS propaganda video detailing a cyber attack on French news media; cyber attacks on US government and US military personnel on social networks | | | | | |
| 930 | 3.mp4  IS propaganda video with battle scenes | | | | | |
| 931 | mp4 IS propaganda video | | | | | |
| <div align="center">DEFENDANT'S EXTERNAL HARD DRIVE</div> | | | | | | |
| 1001 | 261645241 – How to Survive in the West: A Muhahid Guide (2015) | | | | | |
| 1002 | Bookmarks | | | | | |
| 1003 | Chrome Bookmarks | | | | | |
| 1004 | CExd7oWUkAA9w9m.jpg  Page "High Explosive" (406/663) | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1005 | CExe1vRUsAAWoGz.jpg  Page "Gerber Multi-Plier 600 Det Used for Crimping Caps (416/663) | | | | | |
| 1006 | CExe5j5UsAABNkV.jpg  Schematic Diagram of a Detonator Crimped (417/663) | | | | | |
| 1007 | CExeAQGVAAATgXk.jpg  Table showing Some Common Explosives and Their Uses (407/663) | | | | | |
| 1008 | CExeBbzUIAArdCU.jpg diagram of Explosive Train (409) | | | | | |
| 1009 | CExebwkUkAAAJqr.jpg  Making a Detonator (413/663) | | | | | |
| 1010 | CExeBycUkAAILHI.jpg  Primary Explosives (409/663) | | | | | |
| 1011 | CExePBeVEAA9LYN.jpg Denonator (Initiator) (410/663) | | | | | |
| 1012 | CExepkEVIAIWfpN.jpg  Wooden Dowel (414/663) | | | | | |
| 1013 | CExeTF5UsAAsLYC.jpg  Standard Detonator, Compound Detonator (411/663) | | | | | |
| 1014 | CExeuY_UgAAq9o2.jpg  Crimping method for Detonator (415/663) | | | | | |
| 1015 | CExeYV6UkAAeQ0U.jpg Table of Military Caps (Detonators) (412/663) | | | | | |
| 1016 | CExfWckVIA131AP.jpg  Primary Explosive Syntheses (418/663) | | | | | |
| 1017 | CExgk1jUEAAc7Ec.jpg (476/663) Chemical reaction and synthesis | | | | | |
| 1018 | CExgLcTVEAEDL6A.jpg (475/663) Hexamine Peroxide (used as a detonator) | | | | | |
| 1019 | CExgoqoUsAA0CTj.jpg  (477/663) Procedures Method A Using Citric Acid as a Catalyst | | | | | |
| 1020 | Publication:  Hijrah to the Islamic State; What to Packup/Who to Contact/Where to Go/Stories & more (2015) | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| 1021 | tumblr-lyne4k1hEg1qh7ydmo1_500.jpg diagram of Molotov cocktail | | | | | |
| 1022 | US_Flag_Burn.jpg | | | | | |
| 1023 | We will Burn America Again.mp4 | | | | | |
| 1024 | Wilayat Salehundine And Kill Them Where you Find Them  (war scenes and mass executions) | | | | | |
| 1025 | Win3dtom3dna.mp4.mpg  IS propaganda video containing multiple execution scenes including death by RPG launched into a car, death by drowing in a cage, death by beheading, death by detonation cord | | | | | |
| | **TIME WARNER** | | | | | |
| 1101 | Time Warner business records | | | | | |
| 1102 | Time Warner business records and Certificate of Authenticity | | | | | |
| | **PHYSICAL OBJECTS OBTAINED DURING SEARCH OF DEFENDANT'S RESIDENCE** | | | | | |
| 1201 | ISIS Flag in Wallet | | | | | |
| 1202 | Milestones, written by Qatb | | | | | |
| | **DEFENDANT'S INTERVIEWS AND TRANSCRIPTS** | | | | | |
| 1301 | Recorded Interview of Defendant in Apartment | | | | | |
| 1302 | Transcript of Recorded Interview of Defendant in Apartment | | | | | |
| 1303 | Recorded Interview of Defendant in Van | | | | | |
| 1304 | Transcript of Recorded Interview of Defendant in Van | | | | | |
| | **DEFENDANT'S NOTEBOOK** | | | | | |
| 1401 | Defendant's Notebook | | | | | |

| No. | Description | I.D. | Offered | Objection | Admitted | Not Admitted |
|-----|-------------|------|---------|-----------|----------|--------------|
| CERTIFICATES AND STIPULATIONS | | | | | | |
| 1501 | Tumblr Certificate of Authenticity | | | | | |
| 1502 | Twitter Certificate of Authenticity | | | | | |
| 1503 | Facebook Certificate of Authenticity | | | | | |

Respectfully submitted,

DAVID S. SIERLEJA
Acting United States Attorney

By:     /s/ Christos N. Georgalis
Christos N. Georgalis (OH: 0079433)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3971
(216) 522-2403 (facsimile)
Chris.Georgalis@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of April 2017 a copy of the foregoing document was

filed electronically.  This exhibit list was also emailed to chambers pursuant to this Court's Order

of January 12, 2017.  Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may

access this filing through the Court's system.


/s/ Christos N. Georgalis
Christos N. Georgalis
Assistant U.S. Attorney