IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:15CR446 |
| Plaintiff | * | |
| -vs- | * | JUDGE DAN A. POLSTER |
| TERRENCE JOSEPH McNEIL | * | |
| | | DEFENDANT'S EXHIBIT LIST |
| Defendant | * | |

\* \* \*

EXHIBIT NO.

A  -   Photograph taken by McNeil – Farm Scenery
B  -   Photograph taken by McNeil – Bowl of Strawberries
C  -   Photograph taken by McNeil – Hand Holding Strawberry
D  -   Photograph taken by McNeil – Rows of Growing Strawberries
E  -   Photograph taken by McNeil – Wild Berries
F  -   Photograph taken by McNeil – Railroad Crossing
G  -   Photograph taken by McNeil – Old Building
H  -   Photograph taken by McNeil – Tree in Middle of  Water
I  -   Photograph taken by McNeil – Railroad Tracks
J  -   Photograph taken by McNeil – Wild Plants
K  -   Photograph taken by McNeil – Forest Foliage
L  -   Photograph taken by McNeil – Railroad Tracks With Forest Foliage
M  -   Photograph taken by McNeil – Evening Sky
N  -   Photograph taken by McNeil – Cows in Pasture
O  -   Photograph taken by McNeil – Summer Afternoon Sky
P  -   Photograph taken by McNeil – Buildings
Q  -   Photograph taken by McNeil – Squirrel
R  -   Photograph taken by McNeil – Squirrel by Bench
S  -   Photograph taken by McNeil – City Landscape
T  -   Photograph taken by McNeil – Evening Sunset
U  -   Photograph taken by McNeil – City Landscape
V  -   Photograph taken by McNeil – Summer Sky
W  -   Photograph taken by McNeil – Summer Sky
X  -   Photograph taken by McNeil – Summer Sky
Y  -   Photograph taken by McNeil – Young Boy with Dogs
Z  -   Photograph taken by McNeil – Evening Sunset
AA  -  Photograph taken by McNeil – Evening Sunset
BB  -  Photograph taken by McNeil – City Buildings

```
CC  -  Photograph taken by McNeil  – Basketball by Foot
DD  -  Images From Internet        – Giraffe and Bull
EE  -  Images From Internet        – Cat in Aquarium "My cat thinks it's a lizard"
FF  -  Images From Internet        – Baby Elephant on Ball
GG  -  Images From Internet        – Lion and Lioness
HH  -  Images From Internet        – Small Dog in Giraffe Costume
II  -  Images From Internet        – Kitten in Auto Cup Holder
JJ  -  Images From Internet        – Husky Dog with Her Puppies
KK  -  Images From Internet        – Mom Giraffe Kissing Baby Giraffe
LL  -  Images From Internet        – Man Holding Baby Giraffe "NO My Giraffe"
MM  -  Images From Internet        – Mom Turtle with Baby Turtles
NN  -  Images From Internet        – Group of Puppies Sleeping On Couch
OO  -  Images From Internet        – Man Holding Baby Lion
PP  -  Images From Internet        – Baby Elephant Following Baby Giraffe following man
QQ  -  Images From Internet        – Group of Giraffes
RR  -  Images From Internet        – Cat Laying on Door Mat "Beware of Cat"
SS  -  Images From Internet        – Kitten in Shower cap Draped in Towel
TT  -  Online Internet Search's    – September 24, 2015
UU  -  Online Internet Search's    – September 29, 2015
VV  -  Online Internet Search's    -  October 4, 2015
```

Respectfully submitted,

*/S/ NATHAN A. RAY*
NATHAN A. RAY 0041570
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171   -   330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on April 6, 2017, a copy of the foregoing Defendant's Exhibit List was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/S/  NATHAN A. RAY*
NATHAN A. RAY
Attorney for Defendant