IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:15cr446 |
| Plaintiff, | <u>JERS ORDER</u> |
| -vs- | JUDGE DAN AARON POLSTER |
| TERRENCE JOSEPH MCNEIL, | |
| Defendant. | |

The Court is using new technology to facilitate the viewing of exhibits by jurors (Jury Evidence Recording Systems / "JERS"). Counsel shall use the following procedures.

### SUBMISSION OF EXHIBITS IN ELECTRONIC FORMAT

Each party shall submit to Chambers all exhibits on a single storage device such as a CD, DVD, or USB drive no later than **two weeks before trial (April 26, 2017)**. Parties shall retain their original exhibits and shall submit only copies, including audio or visual exhibits.

### RENAMING OF EXHIBIT FILES

The Exhibit Files must be named using a naming convention as follows:

<exhibit number>_<exhibit description>.<file extension>

Examples of valid exhibit file names are set forth below:

   12_2009 Tax Statement.pdf
   35.pdf

The exhibit **must** be named by number, followed by the "underscore" character, and the underscore character cannot be used elsewhere in the exhibit name.

Compatible file types include:

• PDF
• JPG
• WM Video
• MP3
• WAV

Counsel shall coordinate numbering of the documents (e.g., designate 1–99 for Plaintiff; 100–199 for Defendant) to prevent overlapping or duplicates. Exhibits containing multiple images (such as photographs, charts or drawings) shall be marked individually with an exhibit number. Numbered subparts (e.g., 10-1 10-A) and composite exhibits are **not** permitted.

Prior to submitting exhibits, counsel are encouraged to contact Christine Scanlon at (216) 357- 7339 or Katie King at (216) 357-7192 with any questions about JERS procedures.

IT IS SO ORDERED.

>*s/ Dan Aaron Polster    April 6, 2017*
>DAN AARON POLSTER
>UNITED STATES DISTRICT JUDGE