IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:15CR446 |
| Plaintiff | * | |
| -vs- | * | JUDGE DAN A. POLSTER |
| TERRENCE JOSEPH McNEIL | * | MOTION FOR EX-PARTE HEARING UNDER SEAL |
| Defendant | * | |

\* \* \*

  Now comes the Defendant, Terrence McNeil, by and through undersigned counsel, and hereby requests that he be permitted an ex-parte hearing under seal to discuss representation issues with the Court.  As this Court will recall, Defendant previously made a request that he be appointed new counsel or that he be permitted to represent himself.  The requested hearing will involve issues concerning the attorney-client relationship and does not involve any issues impacting the government.  Mr. McNeil should be provided with an opportunity to address his concerns with the Court without the government being aware of what the substance of those concerns are, since the issues do not affect the rights of the government.

  Based upon the foregoing, Mr. McNeil would request that he granted an ex-parte hearing to be placed under seal.

            Respectfully submitted,

            */S/ NATHAN A. RAY*
            NATHAN A. RAY 0041570
            Attorney for Defendant
            137 South Main Street, Suite 201
            Akron, Ohio 44308
            330-253-7171
            330-253-7174 fax
            burdon-merlitti@neo.rr.com

## PROOF OF SERVICE

  I hereby certify that on April 10, 2017, a copy of the foregoing Defendant's Motion For Ex Parte Hearing Under Seal was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /S/  NATHAN A. RAY
        NATHAN A. RAY
        Attorney for Defendant