IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:15CR446 |
| Plaintiff | * | |
| -vs- | * | JUDGE DAN A. POLSTER |
| TERRENCE JOSEPH McNEIL | * | MOTION TO WITHDRAW MOTION FOR EX-PARTE |
| Defendant | * | HEARING UNDER SEAL (Doc. #85) |
| * * * | | |

Now comes the Defendant, Terrence McNeil, by and through undersigned counsel, and hereby requests that this Court permit him to withdraw his previously filed Motion for Ex-Parte Hearing Under Seal (Doc. #85). On April 11, 2017, counsel met with Mr. McNeil at CCA at which time Mr. McNeil was advised of the filing of the motion and that a hearing had been scheduled. At that time, Mr. McNeil specifically requested that the motion be withdrawn.

Based upon the foregoing, Mr. McNeil would request that this Court permit him to withdraw the request for ex-parte hearing.

Respectfully submitted,

*/S/ NATHAN A. RAY*
NATHAN A. RAY 0041570
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on April 11, 2017, a copy of the foregoing Motion to Withdraw Motion For Ex-Parte Hearing Under Seal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/S/ NATHAN A. RAY*
NATHAN A. RAY
Attorney for Defendant