IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:15CR446 |
| Plaintiff | * | |
| -vs- | * | JUDGE JOHN R. ADAMS |
| TERRENCE JOSEPH McNEIL | * | NOTICE OF APPEAL |
| Defendant | * | |
| | * * * | |

Now comes the Defendant, TERRENCE JOSEPH McNEIL, by and through undersigned counsel and hereby gives his Notice of Appeal to the United States Court of Appeals, Sixth Circuit, of the Order as entered on October 20, 2017, all before Judge Dan A. Polster.

                Respectfully submitted,

                */S/   NATHAN A. RAY*
                NATHAN A. RAY #0041570
                Attorney for Defendant
                137 South Main Street, Suite 201
                Akron, Ohio 44308
                330-253-7171
                330-253-7174 (fax)
                burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on October 31, 2017, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                */S/   NATHAN A. RAY*
                NATHAN A. RAY
                Attorney for Defendant